# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>RAMAKAKESAVA KUKMMITHI,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO.:  2:22-mj-00787-EJY-1

**Order Continuing Bench Trial**

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for February 22, 2023, at the hour of 9:00 a.m. be vacated and continued to March 29 2023. at 9:00 a.m. in Courtroom 3D.

DATED this 22nd day of February, 2023.

UNITED STATES MAGISTRATE JUDGE