UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAMAKESAVA KUKMMITHI, <br><br> Defendant. | Case No.:   2:22-mj-00787-EJY <br><br> **ORDER TO AMEND AND CLOSE THE CASE** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant RAMAKESAVA KUKMMITHI has successfully completed all terms and conditions of his sentencing.

**ORDER**

IT IS HEREBY ORDERED that Defendant's request to withdraw his guilty plea to Operating a Motor Vehicle while Under the Influence of Alcohol is GRANTED.

IT IS FURTHER ORDERED that the government's request to amend Count One of the Complaint to a charge of Reckless Driving, a violation of 36 CFR § 4.2 and NRS 484B.653, a misdemeanor, is GRANTED.

IT IS FURTHER ORDERED that the Court accepts Defendant's guilty plea to the amended Count One of the Complaint – Reckless Driving, a violation of 36 CFR § 4.2 and NRS 484B.653, a misdemeanor.

IT IS FURTHER ORDERED that the original sentence be applied to the amended Count One of the Complaint.

IT IS FURTHER ORDERED that because Defendant has completed all terms and conditions of his sentence and unsupervised probation, this case be closed.

DATED this \_\_\_\_24th\_\_\_\_ day of October, 2023

_____
UNITED STATES MAGISTRATE JUDGE